IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, *et al.*, | ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 08 C 5999 |
| vs. | ) ) | JUDGE JOAN B. GOTTSCHALL |
| PLEASED TO MEAT YOU, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COME Plaintiffs, by their attorneys, default having been entered against the Defendant on June 24, 2009, and move for entry of judgment against Defendant, PLEASED TO MEAT YOU, INC., in the total amount of $6,170.07, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,297.82.

On May 27, 2009, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Florida Department of State Division of Corporations) (a copy of the Summons and Letter Dated June 2, 2009/Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 16, 2009. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 25th day of June 2009:

                      Pleased to Meat You, Inc.
                      c/o Florida Secretary of State
                      PO Box 6327
                      Tallahassee, FL   32314

                      Mr. Michael Urbon, Registered Agent
                      Pleased to Meat You, Inc.
                      609 N. Dudley Avenue
                      Ventnor City, NJ   08406


                                            /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Pleased to Meat You\motion for judgment.lmf.df.wpd